UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BARSTOW, CHIEF OF POLICE DIANNE BURNS, OFFICER ADAM CORTINAS, OFFICER TERRY SIDUR AND DOES 1-9, INCLUSIVE,<br><br>　　　　Defendants. | No.  ED CV 13-02193-AB (SPx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS CITY OF BARSTOW, ADAM CORTINAS, AND TERRY SIDUR AND AGAINST ATTORNEY RALPH M. RIOS** |

JUDGMENT

The Court having found attorney Ralph M. Rios in contempt of Court and issued sanctions against attorney Ralph M. Rios in the amount of $999.00 (Dkt. No. 175),

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Barstow, Adam Cortinas, and Terry Sidur and against attorney Ralph M. Rios in the amount of $999.00.

DATED: December 23, 2015

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE