JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BARSTOW, CHIEF OF POLICE DIANNE BURNS, OFFICER ADAM CORTINAS, OFFICER TERRY SIDUR AND DOES 1-9, INCLUSIVE,<br><br>　　　　Defendants. | No.   ED CV 13-02193-AB (SPx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS CITY OF BARSTOW, ADAM CORTINAS, AND TERRY SIDUR AND AGAINST PLAINTIFF MICHAEL MARTIN** |

JUDGMENT

1 | The Court having granted summary judgment in favor of Defendants City of Barstow, Adam Cortinas, and Terry Sidur on Plaintiff's Second, Third, Fourth, Sixth, Seventh, Eighth, and Ninth Causes of Action on June 19, 2015 (Dkt. No. 73); and

The above matter having come before the Court for a trial by jury on November 17, 2015, and the jury having rendered its unanimous verdict in favor of Defendants Adam Cortinas and Terry Sidur on November 18, 2015 on Plaintiff's First Cause of Action (Dkt. Nos. 158, 168);

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Barstow, Adam Cortinas, and Terry Sidur and against Plaintiff Michael Martin.

Plaintiff shall take nothing by his Complaint, and Defendants City of Barstow, Adam Cortinas, and Terry Sidur may recover costs of suit in favor of Defendants and against Plaintiff Michael Martin.

DATED: December 23, 2015

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1
JUDGMENT